ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICARDO LANDEROS,<br>Defendant. | CASE NO. 1:26-MJ-41-SAB<br>UNITED STATES' MOTION AND ORDER TO UNSEAL COMPLAINT |

The United States hereby moves this Court to unseal the Complaint and Arrest Warrants for the above-captioned case, as the defendant has been arrested. Therefore, the Complaint must be unsealed in order to advise the defendant in open court of the charges against him.

DATED: September 30, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

/s/ *Robert L. Veneman-Hughes*
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

ORDER

The defendant having been arrested and the need for sealing having ceaaed, the Court orders the Complaint and Arrest Warrants UNSEALED.

IT IS SO ORDERED.

Dated: **September 30, 2026**

UNITED STATES MAGISTRATE JUDGE